**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN FAWCETT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04848

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

**<u>DECLARATION OF JOHN FAWCETT</u>**

I, John Fawcett, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that created the John Fawcett Work. I make this declaration from matters within my knowledge save where otherwise stated.

3.    I am an artist who paints Native American culture, horses, and the American West. I was a veterinarian for twenty years before I sold my practice in 1996 to fully devote my time to painting. Working in watercolor and oil, my firsthand knowledge of animals is evident in my work. I have participated in some of the most prestigious Western art shows in the country and have developed relationships with the top galleries. I have been featured in numerous Western art magazines, and my art is displayed in numerous museum collections throughout the United States.

1

4.      I am the official source of products associated with the John Fawcett Work (the "John Fawcett Products"):



https://www.johnfawcettstudio.com/Image%20Pages/Warm%20Coals.htm

5.      I am the owner of the copyright registration for the John Fawcett copyrighted work, which is protected by United States Copyright Registration No. VA 2-454-226 (the "John Fawcett Work").

6.      The success of the John Fawcett Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the

2

internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the John Fawcett Work to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the John Fawcett Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing John Fawcett Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing John Fawcett Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the John Fawcett Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the John Fawcett copyrighted material because infringers take away my ability to control the nature and quality of products bearing the John Fawcett Work and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the John Fawcett Work are meant to be exclusive rights.

11.     The marketing and distribution of the John Fawcett Work and derivative works are aimed at growing and sustaining sales. When infringers use the John Fawcett Work without authorization, the exclusivity associated with the John Fawcett Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the John Fawcett Work create the impression that the copyright rights associated with the John Fawcett Work may be infringed with impunity. The John Fawcett Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the John Fawcett Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the John Fawcett Work cannot be compensated for financially since it erodes my ability to monetize the John Fawcett Work.

13.     I will suffer immediate and irreparable injury, loss, or damage if permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026.

_John Fawcett_

John Fawcett