**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN FAWCETT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04848

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on Tuesday, June 9, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso for the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants identified in Schedule A.

DATED: June 1, 2026

Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I will file the foregoing with the Clerk of the Court using the CM/ECF system, electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendant by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt