**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOHN FAWCETT,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04848

Judge Jorge L. Alonso

Magistrate Judge M. David Weisman

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE**
**<u>RENEWED MOTION FOR DEFAULT JUDGMENT</u>**

Plaintiff, JOHN FAWCETT ("Plaintiff"), respectfully moves this Court for an extension of time, until July 14, 2026, to file the renewed motion for default judgment as required by this Court's Minute Entry Order [23].

On June 8, 2026, this Court entered Minute Entry Order [23] directing Plaintiff to file a renewed motion for default judgment and memorandum in support addressing whether service was proper in light of the Seventh Circuit's recent ruling in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by June 23, 2026. Plaintiff requires additional time to thoroughly research the Defendants' addresses, compile Plaintiff's findings, and complete the analysis necessary to address the Court's inquiry. Plaintiff therefore requests that the Court grant this motion and extend the deadline to file a renewed motion for default judgment and memorandum in support by July 14, 2026.

DATED: June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ <u>*Keith A. Vogt*</u>
Keith A. Vogt, Esq.
