### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN FAWCETT,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04848

Judge Jorge L. Alonso

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
| --- | --- |
| 1 | Zhao Bin Art |
| 2 | zhengfujie |
| 3 | JGP poster |
| 4 | zyingh Oil painting |
| 5 | Artwork - Perfect |
| 6 | xianyouxianlinanxiaominjiachapanshanghang |
| 8 | FitByDesign |
| 10 | Echo of Art |
| 11 | Canvas Classics |
| 12 | Jindaiyin Shop |
| 13 | Xiang Cheng Gong wall art |
| 14 | HH artistic life |
| 15 | The flying art shop |
| 16 | S Y Decorative painting monopoly |
| 17 | Dancing my soul too |

This terminates the action.

1

DATED:  August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
