AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-04848 | DATE FILED<br>4/28/2026 | United States District Court<br>Northern District of Illinois |
| PLAINTIFF<br>John Fawcett | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 8/17/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-226**
**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Warm Coals

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** John Fawcett
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** John Fawcett
320 Summit Dr., Abbottstown, PA, 17301, United States

## Rights and Permissions

**Name:** John Fawcett
**Email:** john@johnfawcettstudio.com
**Address:** 320 Summit Dr.
Abbottstown, PA 17301 United States

## Certification

**Name:** David Denholm
**Date:** May 22, 2025
**Applicant's Tracking Number:** JF2025050601



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

John Fawcett

Plaintiff,

v.

Case No.: 1:26−cv−04848
Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 14, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal as to the remaining defendants has been filed [30]. This case is dismissed without prejudice. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.